```
1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
   Fax: (562)868-5491
4  E-Mail: rohlfing_office@speakeasy.net

5  Attorneys for Plaintiff
   RICHARD DALE TOWNSEND
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALE TOWNSEND, | Case No.: 1:10-CV-01969 GSA |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include August 2, 2011, in which to Plaintiff's Opening Brief; and that all other deadlines set forth in the October 21, 2010 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **May 27, 2011**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26