# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALE TOWNSEND ) | Case No.: 1:10-CV-01969 GSA |
| Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security. ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 2, 2011, in which to file plaintiff's opening brief; and that all other deadlines set forth in the October 21, 2010 Case Management Order (Doc. 7) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 4, 2011**            **/s/ Gary S. Austin**
                        UNITED STATES MAGISTRATE JUDGE

-1-

IT IS SO ORDERED.

Dated:   **August 4, 2011**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE