IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD D. TOWNSEND, | ) | 1:10-cv-01969 GSA |
| | ) | |
| | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 19, 2010, Richard Townsend, ("Plaintiff") filed the present action and seeks a review of the Commissioner's denial of his social security benefits. Plaintiff was previously represented by an attorney, however, the Court permitted counsel to withdraw on August 12, 2011. (Doc. 21). This Court held a status conference on August 31, 2011 and Plaintiff appeared via telephone. (Doc. 23). Plaintiff requested that he be given sixty days to find an attorney and to file an opening brief. The Court granted Plaintiff's request. On September 1, 2011, the Court issued an order advising Plaintiff that the opening brief was due on October 31, 2011. (Doc. 24). Plaintiff was cautioned that failure to file the opening brief as ordered would result in dismissal of this action. To date, Plaintiff has failed to file the opening brief pursuant to this Court's order.

Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with this Court's September 1, 2011order. Plaintiff is ORDERED to file a written

1  response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If
2  Plaintiff desires more time to file the brief, Plaintiff should so state in the response. Plaintiff is
3  advised however that another lengthy extension of time will be disfavored given the age of this case
4  and the fact that Plaintiff was already given sixty days to file an opening brief.
5       **Failure to respond to this Order to Show Cause within the time specified will result in**
6  **dismissal of this action.**

10       IT IS SO ORDERED.
11       Dated:   **November 7, 2011**               /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

2